

# THE THIRTEENTH COURT OF APPEALS

13-20-00347-CV

In the Interest of K.N.H., a child

On Appeal from the
309th District Court of Harris County, Texas
Trial Court Cause No. 2016-58588

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 27, 2022